UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) Case. No.  2:11-MJ-00246 KJN
v. )
)
DARRYL MELSON EVERETT )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: DARRYL MELSON EVERETT
Detained at (custodian):
Detainee is: a.) (X) charged in this district by: ( ) Indictment ( ) Information (X) Complaint
    charging detainee with: Title 18, United States Code, Sections 2, 1708-Theft, 1708-Possession, 2115-Burglary, and 1344(2)-Bank Fraud ,

  or b.) ( ) a witness not otherwise available by ordinary process of the Court
Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
  or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ MICHELLE RODRIGUEZ
Printed Name & Phone No: MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum    ( ) Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 17, 2011

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable): DARRYL MELSON  Male
Booking or CDC #: X-1758925 Booking/Reg #09589705  DOB: 11/08/64
Facility Address: Sacramento County Main Jail  Race:
  651 "I" Street  FBI #:
  Sacramento, CA 95814
Facility Phone:
Currently Incarcerated For: Felony-Municipal Court Case

**RETURN OF SERVICE**

Executed on  _____  By: _____
           (Signature)