BENJAMIN WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 11-360-WBS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | MOTION TO CONTINUE |
| DARRYL MELSON EVERETT, ) | SENTENCING HEARING AND |
| ) | STATUS HEARING; AND |
| Defendant. ) | ~~PROPOSED~~ ORDER |
| ) | |

   HEREBY, plaintiff United States of America moves -- as to the matter pertaining to defendant Everett only -- that (1) the sentencing hearing and status hearing set for February 6, 2012 be vacated; and (2) this Court schedule the hearings on February 13, 2012 at 9:30 a.m.  As regards these hearings, the United States and defendant Everett have entered a stipulation resolving sentencing issues between the parties and all extant charges against the defendant.

   HEREBY FURTHER, the undersigned counsel for the United States certifies that she has spoken to defense counsel for the above captioned defendant and said counsel has agreed to continue the

**MOTION AND (PROPOSED) ORDER**                                              **1**

hearings for good cause and to ensure effective advocacy on behalf of his client, the above referenced defendant, and to allow the court to consider the stipulation of the parties.  The undersigned counsel is further aware that the United States Probation Officer assigned to the above referenced matter has no objection to the proposed continuance of the hearings.

DATED:  1/23/2012

BENJAMIN WAGNER
United States Attorney
By:
      /S/ Michelle Rodriguez

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

\*   \*   \*

IT IS SO ORDERED.

DATED: January 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**MOTION AND (PROPOSED) ORDER**                                                      2